UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TELESFORO QUINTANILLA,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>SISKIYOU COUNTY JAIL, et al.,<br><br>　　　　　　Defendants. | No. 2:15-cv-1115 CKD P<br><br><br>ORDER |

　　　Mr. Quintanilla, a prisoner at the Siskiyou County Jail, has submitted two letters to the court complaining, in part, about conditions of confinement. If it is Mr. Quintanilla's desire to commence an action for violation of his civil rights under 42 U.S.C. § 1983, he must file a complaint as required by Rule 3 of the Federal Rules of Civil Procedure, and must either pay the required filing fee or file an application requesting leave to proceed in forma pauperis.[1] See 28 U.S.C. §§ 1914(a), 1915(a). The court will not issue any orders granting or denying any relief until an action has been properly commenced.[2]

/////

---

[1] If leave to proceed in informa pauperis is granted, Mr. Quintanilla will still be required to pay the filing fee, but will be allowed to pay it in installments.

[2] Mr. Quintanilla also asks that certain individuals in Siskiyou County be investigated for malfeasance. It is not the court's function to conduct criminal investigations.

1

In accordance with the above, IT IS HEREBY ORDERED that:

1. Mr. Quintanilla is granted thirty days from the date of service of this order to file a complaint that complies with the requirements of the Civil Rights Act, the Federal Rules of Civil Procedure, and the Local Rules of Practice. The complaint must bear the docket number assigned this case. Mr. Quintanilla shall also submit, within thirty days from the date of this order, the application to proceed in forma pauperis on the form provided by the Clerk of Court, or the filing fee in the amount of $400.00. Mr. Quintanilla's failure to comply with this order will result in this case being closed.

2. The Clerk of the Court is directed to send Mr. Quintanilla the court's form for filing a civil rights action, and the application to proceed in forma pauperis by a prisoner.

Dated: June 8, 2015

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
quin0115.noc